IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEANNA RAINEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-964-GPM |
| | ) |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**, and the final decision of the Commissioner of Social Security is **AFFIRMED**.  This action is **DISMISSED on the merits**, and Plaintiff **DEANNA RAINEY** shall take nothing.  The parties shall bear their own costs.

**DATED**:  03/29/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
     Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
           G. PATRICK MURPHY
           CHIEF U.S. DISTRICT JUDGE